No. 88–5163. ASHBY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–5170. MATTHEWS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5171. NUBINE *v.* TEXAS BOARD OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–5172. MARTIN *v.* TYSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–5175. PALELLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5177. JAMES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–5181. MARTIN *v.* GRAMLEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–5183. AGUAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5184. SHAMLIN *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 88–5185. PRATT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5186. OUIMETTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–5187. HENDERSON *v.* MCKELLAR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5191. CULVERHOUSE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 88–5192. LITCHFIELD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5195. WATSON *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.